1026

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
CHARLES KEENAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-08083-3, Jim Street, J., entered October
14, 1997. *Affirmed* by unpublished opinion per Coleman, J.,
concurred in by Cox and Ellington, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DONALD M.
GEER, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-1-01688-4, Linda C. Krese, J.,
entered September 26, 1997. *Reversed* by unpublished per
curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. S.M.,
*Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 97-8-00420-3, Susan K. Cook, J., entered
October 1, 1997. *Affirmed* by unpublished per curiam
opinion.

*In the Matter of the Forfeiture of* $1,000 UNITED STATES
CURRENCY, ET AL. THE STATE OF WASHINGTON, *Respondent*,
WILLIAM WALTY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-26840-2, William L. Downing, J., entered
November 5, 1997. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Agid, A.C.J., and Grosse, J.